# EXHIBIT F

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 16-81039-CV-BLOOM/VALLE

SHIPPING AND TRANSIT, LLC,

      Plaintiff,

vs.

1A AUTO, INC., d/b/a 1AAUTO.COM,

      Defendant.

_____/

## DECLARATION OF STEPHEN T. BYCHOWSKI

I, Stephen T. Bychowski, hereby certify and depose, on the basis of my personal knowledge except where otherwise stated, as follows:

1. My name is Stephen T. Bychowski. I am an associate with the law firm Foley Hoag LLP. Foley Hoag was engaged to represent Defendant 1A Auto, Inc. ("1A Auto") in the above-referenced matter.

2. 1A Auto attached to its fee motion invoices from Foley Hoag for services rendered through the end of September 2016 (Dkt. 25-10). Attached as Exhibit 1 to this Declaration are Foley Hoag's invoices for services renders in October and November 2016. During that that time, Phil Swain from Foley Hoag billed 15.2 hours to this matter and I billed 26.6 hours to this matter. Information protected by the attorney-client privilege and/or the work product doctrine has been redacted from certain entries in the invoices attached as Exhibit 1. Foley Hoag billed $26,714 in fees and $53.05 in costs in October and November 2016.

3. 1A Auto attached to its fee motion invoices from Gelber Schachter & Greenberg, P.A. ("GSG") for services rendered through the end of October 2016. Attached as Exhibit 2 to

this Declaration is GSG's invoice for services rendered in November 2016.  During that time, Adam Schachter from GSG billed 2.1 hours to this matter.  Information protected by the attorney-client privilege and/or the work product doctrine has been redacted from certain entries in the invoice attached as Exhibit 2.  GSG billed $1,081.50 in fees and $0 in costs in November 2016.

Dated: January 6, 2017

_____
Stephen T. Bychowski
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02110
(617) 832-1164

# EXHIBIT 1



Adam P. Kahn
617-832-1206
Boston

1A Auto, Inc.
Attn: Preston Farrington
10 Technology Park Drive
Suite 101
Westford, MA 01886

November 22, 2016
Invoice No.: 607535
Matter No.: 32435.00005

**Re:    Advance Ship Notice Patent Infringement Litigation (S.D. FL)**

For Professional Services rendered through October 31, 2016

| | |
|---|---|
| Fees | $10,917.00 |
| Disbursements | 1,855.55 |
| **Total Fees and Disbursements** | **$12,772.55** |

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 10/03/16 | Swain | Correspondence with P. Farrington ███████████ ███████████████. | 0.4 |
| 10/04/16 | Swain | Correspondence with plaintiff□s counsel J. Dollard regarding motion to extend joint scheduling report, office conferences, correspondence with Florida counsel ███████████. | 0.6 |
| 10/05/16 | Swain | Draft proposed motion for extension of time regarding joint scheduling report, office conferences, correspondence with Florida counsel, plaintiffs□ counsel ███████. | 1.0 |
| 10/05/16 | Bychowski | Draft and edit motion for extension. | 0.9 |
| 10/06/16 | Swain | Correspondence with Florida counsel ████████████████████. | 0.7 |
| 10/07/16 | Swain | Review court order granting motion to extend scheduling conference, correspondence with Florida counsel ███████. | 0.2 |
| 10/18/16 | Bychowski | Conduct research for reply to motion to dismiss. | 0.6 |
| 10/18/16 | Swain | Review response to motion to dismiss, review covenant not to sue, research regarding same, review ██████ █████████████, draft summary ████ █████████, correspondence with Mr. Farrington ██████, draft reply to response to motion. | 2.2 |
| 10/19/16 | Swain | Correspondence with Mr. Farrington ██████ █████████████; revise reply brief; telephone conference with J. Dollard regarding Scheduling Conference Report, draft motion to stay regarding same, office conference ██, correspondence with Florida counsel ████████. | 1.5 |
| 10/19/16 | Bychowski | Draft reply brief for motion to dismiss and joint motion for stay of deadlines. | 3.2 |
| 10/20/16 | Bychowski | Review and edit reply in support of motion to dismiss and coordinate filing. | 0.7 |
| 10/20/16 | Swain | Revise and finalize reply brief regarding motion to dismiss, plan to request attorney fees, correspondence | 1.7 |

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| | | with Florida counsel ██████████; telephone conference with J. Dollard regarding filing of motion to stay Scheduling Conference Report; correspondence with Mr. Farrington ███████████████████ ██. | |
| 10/24/16 | Bychowski | Research ████████ for fee motion ████████ ██. | 1.0 |
| 10/25/16 | Bychowski | Conduct research on fee motions in S.D. Fla. ██ ████████. | 0.3 |
| 10/26/16 | Bychowski | Conduct ██████ research for fee motion ████████ ████████. | 0.9 |

**Total Hours**    **15.9**

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Swain | 8.3 |
| Bychowski | 7.6 |
| **Total Fees** | **$10,917.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 10/31/16 | Telephone | 1.95 |
| 10/31/16 | Outside Legal Services | 1,802.50 |
| 10/31/16 | Computer Research, PACER | 51.10 |
| | **Total Disbursements** | **$1,855.55** |

| | | |
|---|---|---|
| | **Total Fees** | **$10,917.00** |
| | **Total Disbursements** | **1,855.55** |
| | **Total Fees and Disbursements** | **$12,772.55** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

1A Auto, Inc.                              November 22, 2016
Attn: Preston Farrington                   Invoice No.: 607535
10 Technology Park Drive                   Matter No.: 32435.00005
Suite 101
Westford, MA 01886

**Re:**     **Advance Ship Notice Patent Infringement Litigation (S.D. FL)**

   **Total Fees and Disbursements**          **$12,772.55**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference          **Client/Matter #:** 32435.00005, **Invoice #:** 607535
Information:        **Billing Attorney:** Adam P. Kahn
                   **Wire Originator:** 1A Auto, Inc.



Adam P. Kahn
617-832-1206
Boston

1A Auto, Inc.                                   December 09, 2016
Attn: Preston Farrington                        Invoice No.: 608776
10 Technology Park Drive                        Matter No.: 32435.00005
Suite 101
Westford, MA 01886

**Re:     Advance Ship Notice Patent Infringement Litigation (S.D. FL)**

For Professional Services rendered through November 30, 2016

| | |
|---|---:|
| Fees | $15,797.00 |
| Disbursements | 3,708.00 |
| **Total Fees and Disbursements** | **$19,505.00** |

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 11/01/16 | Bychowski | Discuss ███████ with P. Swain. | 0.2 |
| 11/07/16 | Bychowski | Research and draft motion for fees. | 2.5 |
| 11/07/16 | Swain | Draft motion for attorney fees; office conferences ████████████. | 0.7 |
| 11/08/16 | Swain | Draft motion for attorney fees ██████████████; office conference and legal research ████████. | 1.0 |
| 11/08/16 | Bychowski | Draft fee motion. | 6.9 |
| 11/09/16 | Bychowski | Correspondence ██████████████. | 0.1 |
| 11/09/16 | Swain | Revise draft motion for attorney fees; legal research regarding same regarding same. | 2.0 |
| 11/10/16 | Bychowski | Review and edit fee motion; correspondence ████████. | 1.3 |
| 11/10/16 | Swain | Office conferences ██████████████████████████. | 0.3 |
| 11/11/16 | Swain | Review ████████ revisions to motion for attorney fees. | 0.2 |
| 11/11/16 | Bychowski | Redact invoices for fee motion. | 0.1 |
| 11/14/16 | Swain | Revise draft motion for attorney fees, Mr. Farrington verification regarding same; correspondence with Mr. Farrington ██████████; office conference ████████. | 1.2 |
| 11/14/16 | Bychowski | Correspondence ██████████████. | 0.2 |
| 11/15/16 | Bychowski | Draft fee motion. | 3.2 |
| 11/15/16 | Swain | Draft motion for attorney fees; lawyer declarations regarding same; office conference ████████████. | 0.7 |
| 11/16/16 | Swain | Revise lawyer declaration for draft motion for attorney fees. | 0.4 |
| 11/16/16 | Bychowski | Draft fee motion; correspondence ██████████. | 0.6 |
| 11/17/16 | Bychowski | Correspondence ████████████. | 0.2 |
| 11/18/16 | Bychowski | Edit and serve fee motion. | 3.3 |
| 11/21/16 | Bychowski | Correspondence with opposing counsel regarding meet and confer for fee motion. | 0.4 |
| 11/21/16 | Swain | Correspondence with J. Dollard regarding draft motion for attorney fees, potential objections to same; office conference ████████. | 0.4 |

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|----------|----------------|---------------|-----------|
|          |                | **Total Hours** | **25.9** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Swain | 6.9 |
| Bychowski | 19.0 |

| **Total Fees** | **$15,797.00** |
|----------------|----------------|

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 11/30/16 | Outside Legal Services | 3,708.00 |
| | **Total Disbursements** | **$3,708.00** |

| | | |
|---|---|---|
| | **Total Fees** | **$15,797.00** |
| | **Total Disbursements** | **3,708.00** |
| | **Total Fees and Disbursements** | **$19,505.00** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

1A Auto, Inc.
Attn: Preston Farrington
10 Technology Park Drive
Suite 101
Westford, MA 01886

December 09, 2016
Invoice No.: 608776
Matter No.: 32435.00005

**Re:** **Advance Ship Notice Patent Infringement Litigation (S.D. FL)**

**Total Fees and Disbursements**      $\underline{\$19,505.00}$

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 32435.00005, **Invoice #:** 608776
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** 1A Auto, Inc.

# EXHIBIT 2

# Gelber Schachter & Greenberg

1221 Brickell Avenue
Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
Website: www.gsgpa.com

1A Auto Inc., d/b/a 1AAuto.com

Date: 12/01/2016

Attn: Philip C. Swain, Esq.

Invoice No.    1369

Foley Hoag LLP

**2016-00265**
**Adv. Shipping & Transit, LLC**

| DATE | ATTY | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 11/10/2016 | AMS | emails ███████████████; review draft motion; | 0.40 | $515.00 | 206.00 |
| 11/11/2016 | AMS | review and revise draft motion for attorneys' fees; | 1.00 | $515.00 | 515.00 |
| 11/16/2016 | AMS | review and sign declaration for motion for attorneys' fees; | 0.30 | $515.00 | 154.50 |
| 11/18/2016 | AMS | review motion for attorneys' fees; | 0.40 | $515.00 | 206.00 |
| | | **Subtotal** | **2.10** | | **$1,081.50** |

| ATTORNEY SUMMARY | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| AMS | Adam M. Schachter | 2.10 | $515.00 | $1,081.50 |

| | |
|---|---|
| **Total Fees & Expenses (Current Invoice)** | **$1,081.50** |
| **Balance Outstanding (Prior Invoices)** | **$0.00** |
| **Total Balance Due (Current & Prior Invoices)** | **$1,081.50** |

**Please make all amounts payable to:**
Gelber Schachter & Greenberg, P.A.
Pay by check to:   1221 Brickell Avenue, Suite 2010, Miami, Florida 33131
Wiring Instructions: Sabadell United Bank, Miami, Florida
ABA Routing No. 067009646, Account No. 1000016809
FEIN No. 46-0838177