UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-81039-BLOOM/Valle

SHIPPING AND TRANSIT, LLC,

    Plaintiff,

v.

1A AUTO, INC., *d/b/a* 1AAUTO.COM,

    Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Defendant 1A Auto, Inc.'s ("Defendant") Verified Motion for Award of Attorney Fees and Costs Pursuant to 35 U.S.C. §285, filed on December 6, 2016. ECF No. [25] ("Motion"). The Motion was previously referred to the Honorable Alicia O. Valle for a Report and Recommendation. ECF No. [30]. Plaintiff Shipping and Transit, LLC ("Plaintiff") filed its Response to the Motion, ECF No. [26], on December 20, 2016, and Defendant filed its Reply on January 6, 2017. The Court allowed subsequent briefing that included Plaintiff's Sur-reply, ECF No. [34], and Defendant's Response to the Sur-reply, ECF No. [37]. A hearing was held before Judge Valle on June 15, 2017. *See* ECF No. [45].

On September 26, 2017, Judge Valle issued a Report and Recommendation, recommending that this Court grant in part Defendant's Motion and award Defendant $62,364.73 in attorneys' fees and $66.27 in costs. *See* ECF No [51]. Neither party has objected to the Report and Recommendation, nor sought additional time by which to do so.[1]

---

[1] On September 29, 2017, Defendant filed a "Notice of Filing Supplemental Declaration of Philip C. Swain in Support of Defendant's Motion for Attorney Fees," that requested an additional $65,660 in attorneys' fees and $1,470.20 in costs. ECF No. [52] ("Supplemental

Case No. 16-cv-81039-BLOOM/Valle

The Court has conducted a *de novo* review of Judge Valle's Report and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Valle's Report and Recommendation to be well reasoned and correct. The Court agrees with the thorough analysis in Judge Valle's Report and Recommendation and concludes that the Motion must be **GRANTED IN PART** for the reasons set forth therein.

Accordingly, it is **ORDERED AND ADJUDGED** that

1. Magistrate Judge Valle's Report and Recommendation, **ECF No. [51]**, is **ADOPTED.**

2. Defendant 1A Auto, Inc.'s Verified Motion for Award of Attorney Fees and Costs Pursuant to 35 U.S.C. §285, **ECF No. [25]**, is **GRANTED IN PART.**

3. Defendant is **AWARDED $62,364.73** in attorneys' fees and **$66.27** in costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of October, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

Declaration"). While the Plaintiff has failed to respond, the amounts Defendant is seeking in the Supplemental Declaration were not addressed in the prior briefings, nor at the hearing held before Judge Valle. As such, the relief is denied.

2