# EXHIBIT 2

# Gelber Schachter & Greenberg

1221 Brickell Avenue
Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
Website: www.gsgpa.com

1A Auto Inc., d/b/a 1AAuto.com
Attn: Philip C. Swain, Esq.
Foley Hoag LLP

Date: 12/01/2016
Invoice No. 1369

2016-00265
Adv. Shipping & Transit, LLC

| DATE | ATTY | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 11/10/2016 | AMS | emails regarding ▮▮▮▮ review draft motion; | 0.40 | $515.00 | 206.00 |
| 11/11/2016 | AMS | review and revise draft motion for attorneys' fees; | 1.00 | $515.00 | 515.00 |
| 11/16/2016 | AMS | review and sign declaration for motion for attorneys' fees; | 0.30 | $515.00 | 154.50 |
| 11/18/2016 | AMS | review motion for attorneys' fees; | 0.40 | $515.00 | 206.00 |
|  |  | Subtotal | 2.10 |  | $1,081.50 |

| ATTORNEY SUMMARY | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| AMS | Adam M. Schachter | 2.10 | $515.00 | $1,081.50 |

Total Fees & Expenses (Current Invoice)        $1,081.50
Balance Outstanding (Prior Invoices)           $0.00

Total Balance Due (Current & Prior Invoices)   $1,081.50

OK P. Swain
32435.3

Page 1

# Gelber Schachter & Greenberg

1221 Brickell Avenue
Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
Website: www.gsgpa.com

IA Auto Inc., d/b/a 1AAuto.com
Attn: Philip C. Swain, Esq.
Foley Hoag LLP

Date: 01/03/2017
Invoice No. 1396

2016-00265
Adv. Shipping & Transit, LLC

| DATE | ATTY | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 12/06/2016 | AMS | review and finalize motion for attorneys' fees; | 0.50 | $515.00 | 257.50 |
| 12/20/2016 | AMS | review response to motion for attorneys' fees; emails regarding ▮; | 0.50 | $515.00 | 257.50 |
| 12/21/2016 | AMS | emails regarding ▮; | 0.20 | $515.00 | 103.00 |
| 12/22/2016 | AMS | draft, revise and file motion fo extension of time to file reply memo; | 0.80 | $515.00 | 412.00 |
| | | Subtotal | 2.00 | | $1,030.00 |

| ATTORNEY SUMMARY | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| AMS | Adam M. Schachter | 2.00 | $515.00 | $1,030.00 |

| | |
|---|---|
| Total Fees & Expenses (Current Invoice) | $1,030.00 |
| Balance Outstanding (Prior Invoices) | $0.00 |

*OK*
*P. Swan*
*32435.5*

# Gelber Schachter & Greenberg

1221 Brickell Avenue
Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
Website: www.gsgpa.com

1A Auto Inc., d/b/a 1AAuto.com

Attn: Philip C. Swain, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Date: 02/01/2017

Invoice No. 1421

**2016-00265**
**Adv. Shipping & Transit, LLC**

| DATE | ATTY | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 01/06/2017 | AMS | emails and conferences re: ▇ | 0.40 | $515.00 | 206.00 |
| 01/06/2017 | DSG | conference re: ▇ | 0.40 | $700.00 | 280.00 |
| 01/12/2017 | AMS | review sur-reply and motion for leave to file sur-reply; emails regarding ▇ | 0.80 | $515.00 | 412.00 |
| 01/13/2017 | AMS | review and revise response to sur-reply, motion for leave to file response to sur-reply, and supporting declarations; emails and teleconferences regarding ▇ | 1.00 | $515.00 | 515.00 |
| | | Subtotal | 2.60 | | $1,413.00 |

| ATTORNEY SUMMARY | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| AMS | Adam M. Schachter | 2.20 | $515.00 | $1,133.00 |
| DSG | Dan S. Gelber | 0.40 | $700.00 | $280.00 |

Total Fees & Expenses (Current Invoice)     $1,413.00
Balance Outstanding (Prior Invoices)     $0.00

Page 1

*DK*
*PSW 2/6/17*
*30435.5*

# Gelber Schachter & Greenberg

1221 Brickell Avenue
Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
Website: www.gsgpa.com

1A Auto Inc., d/b/a 1AAuto.com

Attn: Philip C. Swain, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Date: 07/07/2017

Invoice No. 1583

**2016-00265**
**Adv. Shipping & Transit, LLC**

| DATE | ATTY | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 06/06/2017 | AMS | review and finalize notice of supplemental authority; | 0.50 | $515.00 | 257.50 |
| 06/07/2017 | AMS | emails regarding ██████ | 0.40 | $515.00 | 206.00 |
| 06/09/2017 | AMS | review and finalize motion for pro hac vice (NO CHARGE) | 0.30 | $515.00 | 0.00 |
| 06/12/2017 | AMS | emails and conferences ██████ | 0.40 | $515.00 | 206.00 |
| 06/14/2017 | AMS | review notices filed by Plaintiff; emails and conferences ██████ | 0.90 | $515.00 | 463.50 |
| 06/14/2017 | DSG | preparation for hearing | 1.00 | $700.00 | 700.00 |
| 06/15/2017 | AMS | conferences regarding ████ (NO CHARGE) | 0.30 | $515.00 | 0.00 |
| 06/15/2017 | DSG | preparation for and meeting with co-counsel; participation in hearing before Judge Valle | 5.00 | $700.00 | 3,500.00 |
| 06/16/2017 | AMS | review and revise notice of supplemental authority; emails regarding ████ | 0.80 | $515.00 | 412.00 |

| 06/16/2017 | DSG | review of supplemental authority; conference re: ▮ | 0.50 | $700.00 | 350.00 |
| 06/27/2017 | AMS | review plaintiff notice of supplemental authority (NO CHARGE) | 0.30 | $515.00 | 0.00 |
| | | Subtotal | 10.40 | | $6,095.00 |

| ATTORNEY SUMMARY | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| AMS | Adam M. Schachter | 3.90 | $515.00 | $1,545.00 |
| DSG | Dan S. Gelber | 6.50 | $700.00 | $4,550.00 |

**EXPENSES**

| DATE | DESCRIPTION | TOTAL |
|---|---|---|
| 06/09/2017 | pro hac vice filing fee (SDFL-CM/ECF) | 75.00 |
| 06/15/2017 | D. Gelber parking for hearing | 16.00 |
| | **Expenses Total** | **$91.00** |

| | |
|---|---|
| Total Fees & Expenses (Current Invoice) | $6,186.00 |
| Balance Outstanding (Prior Invoices) | $0.00 |
| Total Balance Due (Current & Prior Invoices) | $6,186.00 |

Please make all amounts payable to:
Gelber Schachter & Greenberg, P.A.
Pay by check to: 1221 Brickell Avenue, Suite 2010, Miami, Florida 33131
Wiring Instructions: Sabadell United Bank, Miami, Florida
ABA Routing No. 067009646, Account No. 1000016809
FEIN No. 46-0838177