# EXHIBIT 1



Adam P. Kahn
617-832-1206
Boston

1A Auto, Inc.
Attn: Preston Farrington
10 Technology Park Drive
Suite 101
Westford, MA 01886

January 26, 2017
Invoice No.: 611906
Matter No.: 32435.00005

**Re:** Advance Ship Notice Patent Infringement Litigation (S.D. FL)

For Professional Services rendered through December 31, 2016

| | |
|---|---:|
| Fees | $9,974.00 |
| Disbursements | <u>1,095.71</u> |
| **Total Fees and Disbursements** | **<u>$11,069.71</u>** |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 12/01/16 | Swain | Telephone conference with Shipping and Transit counsel J. Dollard regarding motion for attorney fees, entitlement and amount, ▓▓▓ draft memo regarding revisions to motion. | 1.3 |
| 12/01/16 | Bychowski | Prepare for and attend meet and confer with opposing counsel regarding 1A Auto's motion for fees. | 1.3 |
| 12/02/16 | Bychowski | Correspondence regarding summary of meet and confer conference regarding fee motion. | 0.1 |
| 12/05/16 | Swain | Revise and finalize motion for attorney fees, correspondence with P. Farrington regarding verification of same, office conferences regarding revisions and filing of same. | 2.0 |
| 12/05/16 | Bychowski | Edit fee motion. | 1.2 |
| 12/06/16 | Bychowski | Finalize and file fee motion. | 1.3 |
| 12/06/16 | Swain | Office conferences regarding finalization and filing of motion for attorney fees, correspondence with local counsel regarding same. | 0.5 |
| 12/20/16 | Swain | Review opposition to motion for attorney fees, draft outline of reply regarding same, ▓▓▓ correspondence with Florida counsel regarding motion for extension regarding same. | 0.7 |
| 12/21/16 | Swain | Research regarding recent cases on attorney fee award, draft memo regarding effect on reply brief regarding same, ▓▓▓ telephone conference with plaintiffs' attorney J. Dollard regarding motion for extension. | 0.8 |
| 12/21/16 | Bychowski | Outline fee motion reply; call with opposing counsel regarding extension. | 0.5 |
| 12/22/16 | Bychowski | Correspondence regarding motion for extension. | 0.3 |
| 12/22/16 | Swain | Telephone conference with plaintiffs' counsel J. Dollard regarding motion for extension regarding reply brief, correspondence with Florida counsel regarding same; revise proposed motion regarding same; review recent case law regarding orders on attorney fee award, revise memo regarding effect on reply brief regarding same, ▓▓▓ revise outline of reply brief regarding motion for attorney fees. | 1.2 |
| 12/23/16 | Swain | Revise outline of reply brief regarding motion for | 0.6 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
|  |  | attorney fees; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |  |
| 12/29/16 | Bychowski | Draft fee motion reply. | 3.0 |
|  |  | **Total Hours** | **14.8** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Swain | 7.1 |
| Bychowski | 7.7 |
| | |
| **Total Fees** | **$9,974.00** |

**Disbursement Summary**

| **Date** | | **Amount** |
|---|---|---|
| 12/31/16 | Express Delivery | 14.21 |
| 12/31/16 | Outside Legal Services | 1,081.50 |
| | **Total Disbursements** | **$1,095.71** |
| | | |
| | **Total Fees** | **$9,974.00** |
| | **Total Disbursements** | **1,095.71** |
| | **Total Fees and Disbursements** | **$11,069.71** |



Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

**To ensure proper payment to your account, please include this page with your payment.**

| | |
|---|---|
| 1A Auto, Inc. | January 26, 2017 |
| Attn: Preston Farrington | Invoice No.: 611906 |
| 10 Technology Park Drive | Matter No.: 32435.00005 |
| Suite 101 | |
| Westford, MA 01886 | |

Re:  Advance Ship Notice Patent Infringement Litigation (S.D. FL)

**Total Fees and Disbursements**          <u>**$11,069.71**</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference Information:  **Client/Matter #:** 32435.00005, **Invoice #:** 611906
**Billing Attorney:** Adam P. Kahn
**Wire Originator:**  1A Auto, Inc.



Adam P. Kahn
617-832-1206
Boston

1A Auto, Inc.  
Attn: Preston Farrington  
10 Technology Park Drive  
Suite 101  
Westford, MA 01886

February 28, 2017  
Invoice No.: 614807  
Matter No.: 32435.00005

**Re:** **Advance Ship Notice Patent Infringement Litigation (S.D. FL)**

For Professional Services rendered through January 31, 2017

| | |
|---|---:|
| Fees | $24,229.50 |
| Less Discount | (4,229.50) |
| Total Fees | $20,000.00 |
| Fees | $20,000.00 |
| Disbursements | 1,030.00 |
| **Total Fees and Disbursements** | **$21,030.00** |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 01/02/17 | Bychowski | Draft reply to fee motion. | 7.0 |
| 01/02/17 | Swain | Review draft reply brief regarding motion for attorney fees, revise same, office conference regarding same. | 0.6 |
| 01/03/17 | Bychowski | Redact invoices and edit reply. | 3.0 |
| 01/03/17 | Swain | Revise draft reply brief, correspondence with Mr. Farrington ▮ redact invoices in support of reply briefs, affidavit regarding same. | 2.0 |
| 01/04/17 | Swain | Revise draft reply brief. | 0.6 |
| 01/04/17 | Bychowski | Review and edit reply. | 1.6 |
| 01/05/17 | Bychowski | Edit and finalize reply to fee motion. | 1.5 |
| 01/05/17 | Swain | ▮ revise draft reply brief, correspondence with ▮ research regarding billing rates regarding same. | 1.2 |
| 01/05/17 | Neugebauer | ▮ | 2.9 |
| 01/06/17 | Swain | Correspondence with Mr. Farrington ▮ review order regarding assignment of motion to Judge Valle, correspondence ▮ procedure for assignment, draft summary of assignment process and possible hearing for Mr. Farrington ▮ | 0.7 |
| 01/11/17 | Swain | Telephone conference with J. Dollard regarding possible sur-reply brief, draft summary of same; office conference with S. Bychowski regarding response to sur-reply brief, draft response to same, draft affidavit regarding same. | 0.8 |
| 01/12/17 | Swain | Correspondence with J. Dollard regarding sur-reply, correspondence with ▮ review sur-reply brief; draft response to sur-reply brief. | 2.0 |
| 01/12/17 | Bychowski | Research and draft response to sur-reply. | 6.3 |
| 01/13/17 | Bychowski | Edit and finalize response to sur-reply and declarations for same. | 5.2 |
| 01/13/17 | Swain | Revise response to sur-reply, ▮ | 2.6 |

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ finalize draft response, revise affidavit, and motion for leave to file same, correspondence with Mr. Farrington ▓▓▓▓▓▓ | |
| | | **Total Hours** | **38.0** |

## TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** |
|---|---|
| Neugebauer | 2.9 |
| Swain | 10.5 |
| Bychowski | 24.6 |

|  |  |
|---|---|
| **Fees** | **$24,229.50** |
| Less Discount | (4,229.50) |
| **Total Fees** | **$20,000.00** |

**Disbursement Summary**

| **Date** | | **Amount** |
|---|---|---|
| 01/31/17 | Outside Legal Services | 1,030.00 |
| | **Total Disbursements** | **$1,030.00** |
| | | |
| | **Total Fees** | **$20,000.00** |
| | **Total Disbursements** | **1,030.00** |
| | **Total Fees and Disbursements** | **$21,030.00** |



# **REMITTANCE PAGE**

**To ensure proper payment to your account, please include this page with your payment.**

| | |
|---|---|
| 1A Auto, Inc.<br>Attn: Preston Farrington<br>10 Technology Park Drive<br>Suite 101<br>Westford, MA 01886 | February 28, 2017<br>Invoice No.: 614807<br>Matter No.: 32435.00005 |

Re:   Advance Ship Notice Patent Infringement Litigation (S.D. FL)

**Total Fees and Disbursements**          **$21,030.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference Information:   **Client/Matter #:** 32435.00005, **Invoice #:** 614807
**Billing Attorney:** Adam P. Kahn
**Wire Originator:**  1A Auto, Inc.



Adam P. Kahn
617-832-1206
Boston

1A Auto, Inc.
Attn: Preston Farrington
10 Technology Park Drive
Suite 101
Westford, MA 01886

August 31, 2017
Invoice No.: 629926
Matter No.: 32435.00005

**Re:    Advance Ship Notice Patent Infringement Litigation (S.D. FL)**

For Professional Services rendered through July 31, 2017

| | |
|---|---:|
| Fees | $26,255.50 |
| Disbursements | <u>7,641.99</u> |
| **Total Fees and Disbursements** | **<u>$33,897.49</u>** |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 06/06/17 | Swain | Research and draft notice of supplemental authority regarding recent Federal Circuit decision on attorney fees (Rothschild case), ▓▓▓▓▓▓▓▓▓▓ | 1.5 |
| 06/07/17 | Swain | Revise and finalize notice of supplemental authority, research and review Hall and Lensdiscounter cases regarding same; correspondence with Mr. Farrington regarding status. | 2.0 |
| 06/07/17 | Bychowski | Review recent Federal Circuit decision and draft notice of supplemental authority. | 1.8 |
| 06/08/17 | Swain | Review court order regarding scheduling of hearing, preparation for hearing; draft pro have vice motion and certificate, review local rules regarding same. | 1.5 |
| 06/09/17 | Swain | Revise and file pro hac vice motion; prepare for court hearing; correspondence with Mr. Farrington ▓▓▓▓▓▓▓▓▓▓ | 1.3 |
| 06/12/17 | Swain | Prepare for hearing, correspondence with D. Gelber and A. Schachter regarding same, review cases and pleadings regarding same, research regarding Hall and Lensdiscounters case, review tentative ruling and transcript in Hall case, correspondence with counsel for Hall regarding same. | 2.0 |
| 06/13/17 | Swain | Draft outline of oral argument; prepare for oral argument, review pleadings and cases regarding same. | 2.0 |
| 06/14/17 | Bychowski | Review and analyze supplemental filings by Shipping and Transit for fee motion. | 2.2 |
| 06/14/17 | Swain | Prepare for hearing, review pleadings and cases, revise outline of argument; review notice of supplemental authorities filed by plaintiff, cases regarding same, review declaration filed by plaintiff. | 5.0 |
| 06/15/17 | Swain | Prepare for and conduct oral hearing on motion for attorney fees, meeting with D. Gelber regarding same, office conference regarding same. | 3.0 |
| 06/15/17 | Bychowski | Conduct research for oral argument on fee motion. | 0.7 |
| 06/16/17 | Bychowski | Research and draft notice of supplemental authority for fee motion. | 4.6 |
| 06/16/17 | Swain | Correspondence with counsel for third parties regarding hearing, research regarding pattern of litigation misconduct by Shipping & Transit; draft notice of | 2.2 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
|  |  | supplemental authority, research regarding same, revise and file same; correspondence with J. Dollard regarding Hall Enterprises hearing transcript. |  |
| 06/19/17 | Swain | Correspondence with Mr. Farrington, ▉▉▉▉▉▉▉▉▉▉ | 0.3 |
| 06/27/17 | Swain | Review plaintiff's response to notice of supplemental authority, draft summary of same, ▉▉▉▉▉▉▉▉▉▉ | 0.8 |
| 07/06/17 | Bychowski | Review recent fee award against Shipping and Transit and draft notice of supplemental authority. | 0.8 |
| 07/06/17 | Swain | Correspondence with counsel for Hall Enterprises regarding final order awarding attorney fees against Shipping & Transit, review order regarding same, draft Notice of Supplemental Authority regarding same, ▉▉▉▉▉▉▉▉▉▉ | 1.2 |
| 07/11/17 | Swain | Review order awarding attorney fees against Shipping & Transit in Lensdiscounters.com case, draft Notice of Supplemental Authority regarding same, ▉▉▉▉▉▉▉▉▉▉ | 1.0 |
| 07/11/17 | Bychowski | Draft notice of supplemental authority. | 0.2 |
|  |  | **Total Hours** | **34.1** |

Matter No.: 32435.00005  Invoice No.: 629926
Re: Advance Ship Notice Patent Infringement Litigation (S.D. FL)  August 31, 2017
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Swain | 23.8 |
| Bychowski | 10.3 |
| **Total Fees** | **$26,255.50** |

**Disbursement Summary**

| **Date** | | **Amount** |
|---|---|---:|
| 07/31/17 | Telephone | 17.85 |
| 07/31/17 | Express Delivery | 44.89 |
| 07/31/17 | Outside Legal Services | 6,186.00 |
| 07/31/17 | Air Fare | 731.39 |
| 07/31/17 | Taxi Fare | 245.62 |
| 07/31/17 | Hotels & Related Expenses | 318.41 |
| 07/31/17 | Meals | 28.03 |
| 07/31/17 | Misc. Travel Expenses | 5.00 |
| 07/31/17 | Computer Research, PACER | 64.80 |
| | **Total Disbursements** | **$7,641.99** |

| | |
|---|---:|
| **Total Fees** | **$26,255.50** |
| **Total Disbursements** | **7,641.99** |
| **Total Fees and Disbursements** | **$33,897.49** |



Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

**To ensure proper payment to your account, please include this page with your payment.**

| | |
|---|---|
| 1A Auto, Inc. | August 31, 2017 |
| Attn: Preston Farrington | Invoice No.: 629926 |
| 10 Technology Park Drive | Matter No.: 32435.00005 |
| Suite 101 | |
| Westford, MA 01886 | |

Re: Advance Ship Notice Patent Infringement Litigation (S.D. FL)

**Total Fees and Disbursements**      $33,897.49

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference Information:
**Client/Matter #:** 32435.00005, **Invoice #:** 629926
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** 1A Auto, Inc.