# EXHIBIT 2

# Gelber Schachter & Greenberg

1221 Brickell Avenue
Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
Website: www.gsgpa.com


1A Auto Inc., d/b/a 1AAuto.com

Attn: Philip C. Swain, Esq.
Foley Hoag LLP

Date: 12/01/2016

Invoice No.   1369


**2016-00265**
**Adv. Shipping & Transit, LLC**

| DATE | ATTY | DESCRIPTION | HOURS | RATE | TOTAL |
|------|------|-------------|-------|------|-------|
| 11/10/2016 | AMS | emails regarding ███████ review draft motion; | 0.40 | $515.00 | 206.00 |
| 11/11/2016 | AMS | review and revise draft motion for attorneys' fees; | 1.00 | $515.00 | 515.00 |
| 11/16/2016 | AMS | review and sign declaration for motion for attorneys' fees; | 0.30 | $515.00 | 154.50 |
| 11/18/2016 | AMS | review motion for attorneys' fees; | 0.40 | $515.00 | 206.00 |
| | | **Subtotal** | **2.10** | | **$1,081.50** |

| ATTORNEY SUMMARY | | HOURS | RATE | TOTAL |
|------|------|-------|------|-------|
| AMS | Adam M. Schachter | 2.10 | $515.00 | $1,081.50 |

| | |
|---|---|
| **Total Fees & Expenses (Current Invoice)** | **$1,081.50** |
| **Balance Outstanding (Prior Invoices)** | **$0.00** |
| **Total Balance Due (Current & Prior Invoices)** | **$1,081.50** |

OK P.Swain
3,3435.5

# Gelber Schachter & Greenberg

1221 Brickell Avenue
Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
Website: www.gsgpa.com

1A Auto Inc., d/b/a 1AAuto.com

Attn: Philip C. Swain, Esq.

Foley Hoag LLP

Date: 01/03/2017

Invoice No.  1396

**2016-00265**
**Adv. Shipping & Transit, LLC**

| DATE | ATTY | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 12/06/2016 | AMS | review and finalize motion for attorneys' fees; | 0.50 | $515.00 | 257.50 |
| 12/20/2016 | AMS | review response to motion for attorneys' feee; emails regarding ▮▮▮▮; | 0.50 | $515.00 | 257.50 |
| 12/21/2016 | AMS | emails regarding ▮▮▮▮; | 0.20 | $515.00 | 103.00 |
| 12/22/2016 | AMS | draft, revise and file motion fo extension of time to file reply memo; | 0.80 | $515.00 | 412.00 |
| | | **Subtotal** | **2.00** | | **$1,030.00** |

| ATTORNEY SUMMARY | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| AMS | Adam M. Schachter | 2.00 | $515.00 | $1,030.00 |

| | |
|---|---|
| **Total Fees & Expenses (Current Invoice)** | **$1,030.00** |
| **Balance Outstanding (Prior Invoices)** | **$0.00** |

OK Swan
P. Swain
32435.5

# Gelber Schachter & Greenberg

1221 Brickell Avenue
Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
Website: www.gsgpa.com

1A Auto Inc., d/b/a 1AAuto.com

Attn: Philip C. Swain, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Date: 02/01/2017

Invoice No.   1421

**2016-00265**

**Adv. Shipping & Transit, LLC**

| DATE | ATTY | DESCRIPTION | HOURS | RATE | TOTAL |
|------|------|-------------|-------|------|-------|
| 01/06/2017 | AMS | emails and conferences re: ▮▮▮▮▮ | 0.40 | $515.00 | 206.00 |
| 01/06/2017 | DSG | conference re: ▮▮▮▮▮ | 0.40 | $700.00 | 280.00 |
| 01/12/2017 | AMS | review sur-reply and motion for leave to file sur-reply; emails regarding ▮▮▮ | 0.80 | $515.00 | 412.00 |
| 01/13/2017 | AMS | review and revise response to sur-reply, motion for leave to file response to sur-reply, and supporting declarations; emails and teleconferences regarding ▮▮▮ | 1.00 | $515.00 | 515.00 |
| | | Subtotal | 2.60 | | $1,413.00 |

| ATTORNEY SUMMARY | | HOURS | RATE | TOTAL |
|------------------|--|-------|------|-------|
| AMS | Adam M. Schachter | 2.20 | $515.00 | $1,133.00 |
| DSG | Dan S. Gelber | 0.40 | $700.00 | $280.00 |

|  |  |
|--|--|
| Total Fees & Expenses (Current Invoice) | $1,413.00 |
| Balance Outstanding (Prior Invoices) | $0.00 |

Page   1

# Gelber Schachter & Greenberg

1221 Brickell Avenue
Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
Website: www.gsgpa.com

1A Auto Inc., d/b/a 1AAuto.com

Attn: Philip C. Swain, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Date: 07/07/2017

Invoice No.   1583

**2016-00265**
**Adv. Shipping & Transit, LLC**

| DATE | ATTY | DESCRIPTION | HOURS | RATE | TOTAL |
|------|------|-------------|-------|------|-------|
| 06/06/2017 | AMS | review and finalize notice of supplemental authority; | 0.50 | $515.00 | 257.50 |
| 06/07/2017 | AMS | emails regarding █████████████ | 0.40 | $515.00 | 206.00 |
| 06/09/2017 | AMS | review and finalize motion for pro hac vice (NO CHARGE) | 0.30 | $515.00 | 0.00 |
| 06/12/2017 | AMS | emails and conferences █████████████ █ | 0.40 | $515.00 | 206.00 |
| 06/14/2017 | AMS | review notices filed by Plaintiff; emails and conferences ████████████ | 0.90 | $515.00 | 463.50 |
| 06/14/2017 | DSG | preparation for hearing | 1.00 | $700.00 | 700.00 |
| 06/15/2017 | AMS | conferences regarding ████ (NO CHARGE) | 0.30 | $515.00 | 0.00 |
| 06/15/2017 | DSG | preparation for and meeting with co-counsel; participation in hearing before Judge Valle | 5.00 | $700.00 | 3,500.00 |
| 06/16/2017 | AMS | review and revise notice of supplemental authority; emails regarding ████████ | 0.80 | $515.00 | 412.00 |

| 06/16/2017 | DSG | review of supplemental authority; conference re: ▮ | 0.50 | $700.00 | 350.00 |
| 06/27/2017 | AMS | review plaintiff notice of supplemental authority (NO CHARGE) | 0.30 | $515.00 | 0.00 |
| | | **Subtotal** | **10.40** | | **$6,095.00** |

| ATTORNEY SUMMARY | | HOURS | RATE | | TOTAL |
|---|---|---|---|---|---|
| AMS | Adam M. Schachter | 3.90 | $515.00 | | $1,545.00 |
| DSG | Dan S. Gelber | 6.50 | $700.00 | | $4,550.00 |

**EXPENSES**

| DATE | DESCRIPTION | TOTAL |
|---|---|---|
| 06/09/2017 | pro hac vice filing fee (SDFL-CM/ECF) | 75.00 |
| 06/15/2017 | D. Gelber parking for hearing | 16.00 |
| | **Expenses Total** | **$91.00** |
| | **Total Fees & Expenses (Current Invoice)** | **$6,186.00** |
| | **Balance Outstanding (Prior Invoices)** | **$0.00** |
| | **Total Balance Due (Current & Prior Invoices)** | **$6,186.00** |

Please make all amounts payable to:
Gelber Schachter & Greenberg, P.A.
Pay by check to:    1221 Brickell Avenue, Suite 2010, Miami, Florida 33131
Wiring Instructions: Sabadell United Bank, Miami, Florida
ABA Routing No. 067009646, Account No. 1000016809
FEIN No. 46-0838177