UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81039-CV-BLOOM/VALLE

SHIPPING AND TRANSIT, LLC,

    Plaintiff,

vs.

1A AUTO, INC., d/b/a 1AAUTO.COM,

    Defendant.
_____/

**DEFENDANT 1A AUTO, INC.'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT**

Defendant 1A Auto, Inc. respectfully moves, unopposed, for entry of judgment in the amount of $119,712.20. On October 20, 2017, the Court entered its Order Adopting Magistrate Report and Recommendation, awarding $62,364.73 in attorney fees and $66.27 in costs to Defendant 1A Auto, Inc. [ECF No. 53]  Then, on March 12, 2018, the Court entered its Order on Motion for Additional Attorneys' Fees, awarding an additional $55,811.11 in attorney fees and $1,470.20 in costs to Defendant 1A Auto, Inc. [ECF No. 60]. Based on the entry of these Orders, it is now appropriate for the Court to enter a judgment in in the amount of $119,712.31 in favor of Defendant 1A Auto, Inc.

Pursuant to Local Rule 7.1(a)(3), Defendant's counsel has conferred with Plaintiff's counsel regarding the relief sought in this motion, and Plaintiff does not oppose the requested relief. Therefore, for the foregoing reasons, Defendant 1A Auto, Inc. respectfully requests that the Court grant this motion, enter judgment in favor of Defendant 1A Auto, Inc. in the amount of $119,712.31, and provide any additional relief that is appropriate.

Dated: April 2, 2018                                    Respectfully submitted,

                                                               */s/*Adam M. Schachter  
ADAM M. SCHACHTER  
Florida Bar No. 647101  
aschachter@gsgpa.com  
DAN S. GELBER  
Florida Bar No. 512877  
dgelber@gspa.com  
GELBER SCHACHTER & GREENBERG, P.A.  
1221 Brickell Avenue, Suite 2010  
Miami, Florida 33131  
Telephone:  (305) 728-0950  
Facsimile:   (305) 728-0951  
E-service: efilings@gsgpa.com  

*Of Counsel*

PHILP C. SWAIN (*pro hac vice* allowed)  
pcs@foleyhoag.com  
FOLEY HOAG LLP  
155 Seaport Boulevard  
Boston, Massachusetts 02210  
Telephone:  (617) 832-1000  
Facsimile:   (617) 832-7000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April 2018, a true and correct copy of the foregoing is being electronically filed with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List via transmission of Notice of Electronic Filing generated by the CM/ECF system.

                                               */s/ Adam M. Schachter*
                                               ADAM M. SCHACHTER

## SERVICE LIST

Jason P. Dollard, Esquire
Leslie Robert Evans & Associates
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Telephone: (561) 832-8288
Facsimile: (561) 832-5722
Email: jdollard@lrevanspa.com; jdollard@jpdesq.com

*Counsel for Plaintiff Shipping and Transit, LLP*